IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 2:10CV00125  SWW |
| CAROLYN A. WATSON | * | |
| | * | |
| Defendant | * | |

## ORDER

The United States reports that it was unable to serve Defendant in this debt-recovery action and moves to dismiss this action without prejudice.   The motion (docket entry #2) is GRANTED, and this action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 29TH DAY OF DECEMBER, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE